# Court of Appeals
# of the State of Georgia

ATLANTA,____May 17, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16I0182. ANDREW G. SPELL et al. v. DENNIS FENDER et al.**

On May 2, 2016, this court entered an order denying Appellant's Application for Interlocutory Appeal. On May 10, 2016, Appellants filed a motion for reconsideration of said denial. Said motion for reconsideration is hereby GRANTED.

Upon further consideration of the Application for Inerlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____05/17/2016____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*